# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

GEORGE H. MECOUCH, JR.,
    Plaintiff,

    v.                    CASE NUMBER: 15-CV-1138

PENSION BOARD OF THE EMPLOYEES'
RETIREMENT SYSTEM OF THE COUNTY
OF MILWAUKEE, EMPLOYEES' RETIREMENT
SYSTEM OF THE COUNTY OF MILWAUKEE,
and MILWAUKEE COUNTY,
    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED plaintiff's procedural due process claim, equal protection claim, and substantive due process claim are dismissed with prejudice for failure to state a claim.
    IT IS FURTHER ORDERED AND ADJUDGED that plaintiff's federal takings claim is dismissed without prejudice as unripe.
    IT IS FURTHER ORDERED AND ADJUDGED that plaintiff's state takings claim and state law claim for certiorari review are REMANDED to state court for further proceedings.

| | |
|---|---|
|     April 21, 2016 | Jon W. Sanfilippo |
| Date | Clerk |
| | s/ D. Monroe |
| | (By) Deputy Clerk |